UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY J. REEDER

                Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY

               Defendant.

No. C 06-03325 MHP

**ORDER & JUDGMENT**

    Plaintiff brought this action on May 19, 2006. Summons were issued on June 13, 2006. These summons were to be served upon the defendant within 120 days after the filing of the complaint pursuant to Federal Rule of Civil Procedure 4(m). To date, the summons have not been served upon the defendant.

    Accordingly, the complaint in this action is DISMISSED for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Procedure for failure to serve the complaint pursuant to Rule 4(m) of the Rules. The Clerk of Court shall close the file.

    IT IS SO ORDERED.

Dated: 8/14/08

MARILYN HALL PATEL
United States District Court Judge
Northern District of California